Jason M. Pottenger, Pottenger Law Firm, Kansas City, MO, Sophie Woodworth, Kansas City, MO, for Plaintiff-Appellant

Robert Luder, Lesley Renfro Willson, Luder & Weist, Overland Park, KS, for Defendant-Appellee Four B. Corporation

Jennifer R. Johnson, Michelle Rene Stewart, Hinkle Law Firm LLC, Overland Park, KS, for Defendant-Appellee Modern Maintenance, Inc.

Before BENTON, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

Cheryl Kelly appeals from an order of the District Court granting summary judgment for the defendants in her removed personal-injury action arising out of a slip-and-fall incident at a grocery store. After de novo review of the record, we conclude that the evidence shows a genuine issue of material fact that precluded summary judgment. See Pippin v. Hill-Rom Co., 615 F.3d 886, 889 (8th Cir. 2010) (standard of review). The evidence, which included video surveillance footage of the incident, would permit a finder of fact to conclude that one or both defendants were negligent under Missouri law. See id. (recognizing the elements of a Missouri negligence claim as a duty of care, a breach of that duty, and a proximately-caused resulting injury); Smith v. Callaway Bank, 359 S.W.3d 545, 547 (Mo. Ct. App. 2012) ("Whether a defendant's conduct falls short of the standard of care is generally a question of fact for the jury.").

Accordingly, we reverse the judgment and remand for further proceedings consistent with this opinion.

Douglas A. NIXON; Piaowaka C. Windwolf Plaintiffs-Appellants

v.

CREDIT CARS, an Arkansas Corporation Defendant

Brent Manning's Quality Preowned, Inc., doing business as Brent Manning's Credit Cars, Inc. Defendant-Appellee

Brett Tharp Defendant

Truity Federal Credit Union Defendant-Appellee

Kelly Diven, individually and as owner and an officer of Trudity Federal Credit Union, doing business as Trudity Credit Union Affiliated, Springdale, AR, also known as Trudity Credit Union, Bartlesville, OK; Brent Manning Defendants

No. 16-4120

United States Court of Appeals, Eighth Circuit.

Submitted: July 6, 2017

Filed: July 17, 2017

Douglas A. Nixon, Pro Se

Piaowaka C. Windwolf, Pro Se

Bryan Steve Vernetti, Vernetti Law Group, Bentonville, AR, for Defendant-Appellee Brent Manning's Quality Preowned, Inc.

Robert L. Henry, III, Samuel Brent Wakefield, Barber Law Firm, Little Rock, AR, for Defendant-Appellee Truity Federal Credit Union

Before LOKEN, ARNOLD, and MURPHY, Circuit Judges.

PER CURIAM.

Arkansas residents Douglas Nixon and Piaowaka Windwolf appeal the district court's[1] order granting summary judgment to one defendant and dismissing the claims against other defendants in their pro se action arising out of a used car purchase. Upon careful de novo review, see Kelly v. City of Omaha, 813 F.3d 1070, 1075 (8th Cir. 2016) (dismissal for failure to state a claim reviewed de novo); Peterson v. Kopp, 754 F.3d 594, 598 (8th Cir. 2014) (grant of summary judgment reviewed de novo), we affirm for the reasons stated in the district court's order. See 8th Cir. R. 47B.

---

1. The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.

